**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐     2nd      Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Solito Depeine          JOINT DEBTOR: _____          CASE NO.: 17-10330 PGH
Last Four Digits of SS# xxx-xx- 1008     Last Four Digits of SS# xxx-xx- _____     Case Filed On: 1/11/17

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $  323.24   for months   1   to   6   ;
    B.    $  452.98   for months   7   to   10  ;
    C.    $  657.92   for months   11  to   60  ; in order to pay the following creditors:

Administrative:    Safe Harbor Attorney's Fee      $ 3,500.00      Plus filing fees and costs
                   Total Attorney's Fees Owed      **$ 3,500.00**
                   Total Paid Direct by Client     $    0.00       Plus filing fees and costs
                   Balance Due                     **$ 3,500.00**  payable $  308.80  /month (Months  1  to  6  ).
                                                                   payable $  411.80  /month (Months  7  to  10 ).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  N/A

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

Priority Creditors:

Internal Revenue Service            Amount due on petition date $ 2696.23
P.O. Box 7346                       Pay $ 53.92 /month (months 11 to 60)
Philadelphia, PA 19101-7346

Unsecured Creditors:     Pay $ 544.19 /month (Months 11 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/    Filed ECF_____
Chad Van Horn, Esq. with the
consent of the Debtor(s)

Date:    July 26, 2017